HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
BRYAN AUSTIN FREMBLING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00041-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| BRYAN AUSTIN FREMBLING, | Date: March 28, 2016<br>Time: 10:00 A.M. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Kathleen A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender Jerome Price, Counsel for Defendant, Bryan Austin Frembling, that the sentencing hearing currently set for March 28, 2016 at 10:00 a.m., **may be rescheduled to April 11, 2016, at 10:00 a.m.**

This stipulation is made to allow defense counsel additional time to obtain mitigation documents in preparation for the sentencing memorandum and the sentencing hearing. The requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary. The government does not object to this continuance.

/ / /

/ / /

-1-

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  March 22, 2016         /s/ *Kathleen Servatius*
                               KATHLEEN A. SERVATIUS
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender


Date:  March 22, 2016          */s/  Jerome Price*
                               JEROME PRICE
                               Assistant Federal Defender
                               Attorneys for Defendant
                               BRYAN AUSTIN FREMBLING

**O R D E R**

For the reasons set forth above, the requested continuance is granted for good cause.  The sentencing hearing currently set for March 28, 2016, is continued to April 11, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **March 22, 2016**                    _____
                                               UNITED STATES DISTRICT JUDGE