HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

FILED

AUG 13 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN AUSTIN FREMBLING,<br><br>Defendant. | Case No. 1:15-cr-00041 DAD-BAM<br><br>**APPLICATION AND [PROPOSED]**<br>**ORDER APPOINTING COUNSEL** |

Defendant, Bryan Austin Frembling, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel to seek early termination of his supervised release.

Mr. Frembling submits the attached Financial Affidavit as evidence of his inability to retain counsel. On December 14, 2015, Mr. Frembling pled guilty to Count 1 of the Indictment, namely, a violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A) ~ Possession with Intent to Distribute MDMA ("Ecstasy") (Doc. 13). On April 11, 2016, Mr. Frembling was sentenced to 18 months custody, 48 months supervised released, and a $100 special assessment (Doc. 27). To that end, Mr. Frembling wishes to seek early termination of his supervised release.

Therefore, after reviewing Mr. Frembling's Financial Affidavit, it is respectfully recommended that counsel be appointed to assist him in this regard.

DATED: August 8, 2019

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

DATED: August 13, 2019

HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge